**Susan STANFORD, Plaintiff-Appellant**

**v.**

**UNITED STATES, Defendant-Appellee**

**2016-1990**

United States Court of Appeals, Federal Circuit.

July 19, 2017

Michael D. Sydow, Sr., The Sydow Firm, Houston, TX, argued for plaintiff-appellant.

Mariana Teresa Acevedo, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Brian A. Mizoguchi.

(Prost, Chief Judge, Newman and Linn, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**